**Order entered April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01419-CR

### TERRY RAY MCMILLAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-50140-UR**

## ORDER

The Court **REINSTATES** the appeal.

On March 30, 2015, we ordered the trial court to make findings regarding whether the record could be supplemented with a missing exhibit. We **ADOPT** the findings that: (1) appellant's trial counsel did not give timely notice of appeal; (2) appellant sent letters to the Dallas County District Clerk's Office on September 20, 2006 and October 30, 2006 inquiring about the status of his appeal; (3) appellant requested appointment of counsel in letters dated September 14, 2006 and September 16, 2006; (4) no written request for preparation of the record, addressed to the court reporter, is apparent on the trial court's case management system before November 18, 2014; (5) appellant was granted an out-of-time appeal on September 17, 2014, and he thereafter filed a timely notice of appeal; (6) appellate counsel was appointed on November

17, 2014, and a formal request for preparation of the reporter's record was made on November 18, 2014; (7) the record and all exhibits, except State's Exhibit nos. 11, a large map; 12, a large aerial photograph; 23, a blown up photograph; 30, a gun residue kit; 33, two shell casings; 75, and Defendant's Exhibit no. 7a, a bullet; (8) the previously listed exhibits have all been destroyed; (9) State's Exhibit no. 23 cannot be reproduced from other sources; (10) the parties cannot agree on substituted exhibits; and (11) appellant is not at fault for the loss or destruction of the exhibits.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order. The brief may raise issues related to the exhibits, as well as any other issues.


/s/    LANA MYERS
       JUSTICE